UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMELDA MENDOZA DE SANTACRUZ,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant. | Case No. EDCV 12-100 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: June 18, 2012

                                                        _____/s/_____
                                                  Honorable Jacqueline Chooljian
                                                  UNITED STATES MAGISTRATE JUDGE